

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

NO. AP-76,766

## EX PARTE CHARLESTON KENDELL MCGREGOR, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. F-0756369-N
### IN THE 195TH DISTRICT COURT FROM DALLAS COUNTY

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant pleaded guilty without an agreed punishment recommendation and was convicted of aggravated robbery. He was sentenced to fifty years' imprisonment. The Fifth Court of Appeals affirmed his conviction. *McGregor v. State*, No. 05-09-00869-CR (Tex. App.–Dallas, January 20, 2011).

Applicant contends that his appellate counsel rendered ineffective assistance because counsel failed to timely notify Applicant that his conviction had been affirmed.

Appellate counsel filed an affidavit with the trial court. Counsel states that he did not inform Applicant that his appeal was affirmed. We find, therefore, that Applicant is entitled to the opportunity to file an out-of-time petition for discretionary review of the judgment of the Fifth Court of Appeals in Cause No. 05-09-00869-CR that affirmed his conviction in Case No. F-0756369-N from the 195th Judicial District Court of Dallas County. *Ex parte Wilson*, 956 S.W.2d 25 (Tex. Crim. App. 1997). Applicant shall file his petition for discretionary review with this Court within 30 days of the date on which this Court's mandate issues.

Delivered: April 4, 2012
Do not publish